ATHE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MARK SALAZAR,<br><br>Defendant. | CASE NO. CR14-275-JCC<br><br>MINUTE ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having received Defendant's unopposed motion to continue trial (Dkt. No. 16) and speedy trial waiver (Dkt. No. 17), the Court hereby ADOPTS the proposed order (Dkt. No. 16, Attachment 1). The trial date is reset to March 2, 2015 and the pretrial motions due date is reset to January 15, 2015.

DATED this 24th day of October 2014.

William M. McCool
Clerk of Court

s/Tasha MacAdam
Deputy Clerk