THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANDREW MARK SALAZAR,<br><br>                    Defendant. | CASE NO. CR14-00275-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the United States' unopposed motion to continue trial (Dkt. No. 21). Having reviewed the relevant record, as well as Defendant's speedy trial waiver (Dkt. No. 22), the Court hereby **GRANTS** the motion to continue trial. Trial in this matter is **hereby reset for May 18, 2015**.

The period of delay resulting from this continuance from the date of this order to the new trial date of May 18, 2015 is hereby excluded for speedy trial purposes under 18 U.S.C. 3161(h)(7)(A) and (B) for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*

//

DATED this 22nd day of January 2015.

William M. McCool
Clerk of Court

s/Tasha MacAdam
Deputy Clerk